**Petition for Writ of Mandamus Denied; Supplemental and Concurring Memorandum Opinions filed February 3, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00875-CV

## IN RE WILMA REYNOLDS, Relator

ORIGINAL PROCEEDING
WRIT OF MANDAMUS
300th District Court
Brazoria County, Texas
Trial Court Cause No. 48170

## CONCURRING MEMORANDUM OPINION

I agree that mandamus relief should be denied. I write separately, however, to emphasize the Texas Legislature has provided clearly that the gamesmanship that appears to be at play in this matter need not be tolerated.

Pursuant to section 30.016(d) of the Texas Civil Practice and Remedies Code, mandamus relief is not available to review the denial of a tertiary recusal motion. Tex. Civ. Prac. & Rem. Code § 30.016(d). A "'tertiary recusal motion' means a third or subsequent motion for recusal or disqualification filed against a district court . . . by the same party in a case." *Id.* § 30.016(a). The statute does not permit a party to start over in its count by invoking a different rule or statute governing the identity of the presiding judge. The objection to an assignment of an unelected judge provided in the Government Code is in the nature of a motion to recuse or disqualify. *Mitchell Energy Corp. v. Ashworth*, 943 S.W.2d 436, 440 (Tex. 1997) ("Section 74.053 clearly is intended to give parties the right to veto the assignment of certain former judges."); *see also* Tex. Gov't Code § 74.053. Surely the Legislature did not intend to give parties more protection against certain former judges than those whose impartiality might reasonably be questioned.

I would find that Ms. Reynolds' motions were subject to CPRC 30.016, none of Judge Walker's rulings denying motions to recuse or disqualify is subject to mandamus relief, and the imposition of sanctions under 30.016(c) was not an abuse of discretion for which mandamus relief would lie.

/s/     Martha Hill Jamison
         Justice

Panel consists of Justices Boyce, Jamison, and Donovan (Donovan, J., majority).

2